# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: __In re: Kodak GUC Trust v Rexel, Inc.__    Docket No.: __14-2324__

Lead Counsel of Record (name/firm) or Pro se Party (name): __Ben L. Aderholt__

Appearance for (party/designation): __Rexel, Inc.__

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
- [X] Correct
- [ ] Incorrect. See attached caption page with corrections.

Appellate Designation is:
- [X] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
- [X] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

- [X] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [X] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _/s/ Ben Aderholt_
Type or Print Name: __Ben L. Aderholt__
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Interim Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

Case Information:

Short Title: In re: Kodak GUC Trust v Rexel, Inc.   Docket Number: 14-2324

Personal Contact Information:

Client 1:

Name: Rexel, Inc.
Address: 14951 Dallas Parkway, Dallas, Texas 75254
Telephone: (972) 387-3600   Fax: (972) 346-6451
Email: _____

Client 2:

Name: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

Client 3:

Name: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

Client 4:

Name: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

Client 5:

Name: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____